**FILED**
**MAY - 2 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MULTICARE HEALTH SYSTEM d/b/a TACOMA GENERAL HOSPITAL<br>315 Martin Luther King, Jr. Way<br>Tacoma, Washington 98415<br>Medicare Provider No. 50-0129<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary<br>Department of Health and Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201<br><br>**Defendant** | CASE NUMBER 1:06CV00808<br><br>JUDGE: Paul L. Friedman<br><br>DECK TYPE: Administrative Agency Rev)<br><br>DATE STAMP: 05/02/2006 |

## CERTIFICATE UNDER LCvR 26.1

I, the undersigned counsel of record for Multicare Health System, certify to the best of my knowledge and belief, that there are no parent companies, subsidiaries or affiliates of Multicare Health System which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Erling Hansen (D.C. Bar No. 192708)
Of Counsel
Alderman & Devorsetz, PLLC
1025 Connecticut Avenue, NW

3

Suite 1000
Washington, DC 20036
(202) 969-8220
(202) 969-8224 (facsimile)
ehansen@a-dlaw.com