IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MULTICARE HEALTH SYSTEM<br>dba Tacoma General Hospital<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL O. LEAVITT,<br>Secretary<br>Department of Health and Human Services<br>　　　　　Defendant | Case No. 1:06cv00808 (PLF)<br>Judge Paul Friedman |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(i)

The Plaintiff in the above-captioned civil action, by and though their undersigned counsel hereby submit this Notice of Dismissal pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

The Plaintiff submits this Notice of Dismissal because the present civil action is duplicative of civil action no. 1:03cv00411, already filed and pending in this Court. The present notice of dismissal is without prejudice to and should have no effect on the previously filed civil action.

Respectfully Submitted,

　　　　　　　/s/ Leslie D. Alderman III
Erling Hansen (D.C. # 192708)
Leslie D. Alderman III (D.C. # 477750)
ALDERMAN & DEVORSETZ, PLLC
1025 Connecticut Ave., NW
Suite 1000
Washington, DC 20036
Tel: 202-969-8220
Fax: 202-969-8224